# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### ROCK HILL DIVISION

| | | |
|---|---|---|
| Nutramax Laboratories, Inc., and Nutramax Laboratories Veterinary Sciences, Inc. | ) ) ) | Civil Action No. 0:16-1255-JMC |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **CONSENT ORDER OF DISMISSAL WITH PREJUDICE** |
| Manna Pro Products, LLC, Nutri-Vet Wellness, LLC, and 21st Century Animal HealthCare, LLC, | ) ) ) ) | |
| Defendants. | ) | |

NOW comes K&L Gates LLP, Attorneys for Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc., and Beattie B. Ashmore, Attorney for Defendants Manna Pro Products, LLC, Nutri-Vet Wellness, LLC, and 21st Century Animal HealthCare, LLC (collectively, the "Parties"). The Parties respectfully move the Court pursuant to Fed. R. Civ. P. 41(a) for an Order of Dismissal with Prejudice, and for entry of the attached Joint Stipulation of Settlement and Order.

AND IT IS SO ORDERED that the Plaintiffs be granted an Order of Dismissal with Prejudice in the above-entitled matter under the terms set forth in the attached Joint Stipulation of Settlement and Order. Each party to bear its own costs.

This __8__ day of July, 2016.

*J. Michelle Childs*

Honorable J. Michelle Childs
United States District Judge

| WE SO MOVE: | WE CONSENT: |
|---|---|
| PLAINTIFFS NUTRAMAX LABORATORIES, INC. AND NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC. | DEFENDANTS MANNA PRO PRODUCTS, LLC, NUTRI-VET WELLNESS, LLC, AND 21ST CENTURY ANIMAL HEALTHCARE, LLC |
| By their attorneys, | By their attorney, |
| /s/ Richard A. Farrier, Jr. | /s/ Beattie B. Ashmore |
| Richard A. Farrier, Jr.<br>Federal ID# 772<br>E-Mail: richard.farrier@klgates.com<br>Christopher A. Jaros<br>Federal ID# 12094<br>E-Mail: christopher.jaros@klgates.com<br>K&L GATES LLP<br>134 Meeting Street, Suite 200<br>Charleston, SC 29401<br>Telephone: 843.579.5600<br>Facsimile: 843.579.5601<br><br>Morgan T. Nickerson (*pro hac vice*)<br>E-Mail: morgan.nickerson@klgates.com<br>K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>Telephone: 617.261.3100<br>Facsimile: 617.261.3175 | Beattie B. Ashmore<br>Fed. Bar #5215<br>Beattie B. Ashmore, P.A.<br>650 E. Washington Street<br>Greenville, SC 29601<br>Tel.: (864) 467-1001<br>Fax: (864) 672-1406<br>Beattie@BeattieAshmore.com |